**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

MEAGAN ANN VANHORN,

              Plaintiff,

v.                                   CIVIL ACTION NO.  2:25-cv-00370

FRANK BISIGNANO,
        *Commissioner for the Social Security Administration,*

              Defendant.

**ORDER**

Pending before the Court is Plaintiff Meagan Ann Vanhorn's ("Plaintiff") request for judgment on the pleadings, (ECF No. 6), and Defendant Frank Bisignano's ("Defendant") request to affirm the Commissioner's decision, (ECF No. 7).   By standing order entered on June 9, 2026, (ECF No. 3), this action was referred to United States Magistrate Judge Joseph K. Reeder for submission of proposed findings and a recommendation for disposition ("PF&R"). Magistrate Judge Reeder entered his PF&R on April 9, 2026, recommending this Court deny Plaintiff's request for judgment on the pleadings, and grant Defendant's request to confirm the Commissioner's decision.   (ECF No. 9.)

This Court is not required to review, de novo or under any other standard, factual or legal conclusions contained within the PF&R to which no objections were addressed.   *Thomas v. Arn*, 474 U.S. 140, 150 (1985).   Failure to file timely objections constitutes a waiver of de novo review and Plaintiff's right to appeal this Court's order.   28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th

Cir. 1984).   In addition, this Court need not conduct a de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations."   *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).

Objections to the PF&R in this case were due on April 23, 2026.   To date, no objections have been filed.   Accordingly, the Court **ADOPTS** the **PF&R**, (ECF No. 9), and **DENIES** Plaintiff's request for judgment on the pleadings, **GRANTS** Defendant's request to confirm the Commissioner's decision, **AFFIRMS** the decision of the Commissioner.   This civil action is **DISMISSED WITH PREJUDICE** and the Court **DIRECTS** the Clerk to remove this case from the Court's active docket.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   August 11, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE